**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **BARON FINANCIAL CORPORATION,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action No. MJG 03 CV 168** |
| **ERN, LLC** | * | |
| **Defendant** | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER GRANTING ERN, LLC'S**
**MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

Having read and considered Defendant/Counterclaimant ERN, LLC's Motion for Leave to File

Third Party Complaint, and any responses thereto, it is this _____ day of _____, 2003,

hereby

**ORDERED**, that ERN, LLC's Motion be and is hereby GRANTED.  It is further,

**ORDERED**, that the Third Party Complaint, attached to ERN, LLC's Motion for Leave, be

deemed filed as of _____, 2003.


_____
Marvin J. Garbis
United States District Judge