## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

BARON FINANCIAL CORPORATION,      *

     **Plaintiff**                       *

     **v.**                            *        **Civil Action No.: MJG 03CV 168**

ERN, LLC                         *

     **Defendant.**                  *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### JOINT STIPULATION EXTENDING SCHEDULING ORDER DEADLINES

Plaintiff, Baron Financial Corporation, and Defendant, ERN, LLC, by their undersigned attorneys, hereby stipulate and agree that the Scheduling Order deadlines shall be extended 30 days, as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re experts | May 14, 2003 |
| Defendant's Rule 26(a)(2) disclosures re experts | June 14, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | June 30, 2003 |
| Rule 26(a)(2) supplementation of disclosures | July 14, 2003 |
| Discovery deadline; submission of status report | August 4, 2003 |
| Requests for Admission | August 11, 2003 |
| Dispositive pretrial motions deadline | September 8, 2003 |

_____/S/_____
David B. Goldstein
Brooke Schumm, III
DANEKER, McINTIRE, SCHUMM, PRINCE,
   GOLDSTEIN, MANNING & WIDMANN, P.C.
One North Charles Street, Suite 2450
Baltimore, MD 21201
(410) 649-4755


_____/S/ [DBG]_____
Paul Mark Sandler
Robert B. Levin
Eric R. Harlan
SHAPIRO, SHER, GUINOT & SANDLER
36 South Charles Street, Suite 2000
Baltimore, MD 21201
(410) 385-0202

Approved:

_____
Marvin J. Garbis, United States District Judge


## CERTIFICATE OF SERVICE

I certify that on this 17th day of April, 2003, I caused this document to be served

electronically on Paul Mark Sandler, Esquire, Robert B. Levin, Esquire, and Eric R. Harlan,

Esquire, Shapiro, Sher, Guinot, and Sandler, 36 South Charles Street, Suite 2000, Baltimore,

Maryland 21201.

_____/S/_____
David B. Goldstein

-2-