IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BARON FINANCIAL CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. MJG 03 CV 168 |
| ERN, LLC | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### LINE WITHDRAWING DEFENDANT/COUNTERCLAIMANT ERN, LLC'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

Defendant ERN, LLC, by its attorneys, Paul Mark Sandler, Robert B. Levin, Eric R. Harlan, and Shapiro, Sher, Guinot & Sandler, hereby withdraws its Motion for leave to file Third-Party Complaint.

Respectfully submitted,

_____
Paul Mark Sandler, Bar No. 00145

_____
Robert B. Levin, Bar No. 00695

_____
Eric R. Harlan, Bar No. 23492

SHAPIRO, SHER, GUINOT & SANDLER
Suite 2000
36 South Charles Street
Baltimore, Maryland 21201
(410) 385-0202

*Attorneys for Defendant/Counter-Plaintiff ERN, LLC*