IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BARON FINANCIAL CORPORATION,    *

    Plaintiff,    *

    v.    *    Civil Action No. MJG 03 CV 168

ERN, LLC    *

    Defendant    *

   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ERN, LLC'S COUNTERCLAIM FOR INDEMNIFCATION AND AFFIRMATIVE RELIEF

The parties, by their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(c), hereby stipulate to the dismissal, without prejudice, of Defendant ERN, LLC's Counterclaim for Indemnification and Affirmative Relief, including Counts I, II, and III thereof.

| | |
|---|---|
| _/s/ David B. Goldstein_ <br> David B. Goldstein, Bar No. 03499 | _/s/ Paul Mark Sandler_ <br> Paul Mark Sandler, Bar No. 00145 |
| _/s/ Brooke Schumm, III_ <br> Brooke Schumm, III, Bar No. 05001 <br> DANEKER MCINTIRE SCHUMM PRINCE <br> Goldstein Manning & Widmann, P.C. <br> 210 N. Charles Street, Ste. 800 <br> Baltimore, Maryland 21201 <br> 410-649-4747 | _/s/_ <br> Eric R. Harlan, Bar No. 23492 <br> SHAPIRO, SHER, GUINOT & SANDLER <br> 36 South Charles Street <br> Suite 2000 <br> Baltimore, Maryland 21201 <br> 410-385-0202 |
| Attorneys for Plaintiff Baron Financial Corp. | Attorneys for Defendant ERN, LLC |