FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JUL 11 PM 2:03

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BARON FINANCIAL CORPORATION,

    Plaintiff,

v.                                Civil Action No. MJG 03 CV 168

ERN, LLC

    Defendant

* * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ERN, LLC'S COUNTERCLAIM FOR INDEMNIFCATION AND AFFIRMATIVE RELIEF

The parties, by their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(c), hereby stipulate to the dismissal, without prejudice, of Defendant ERN, LLC's Counterclaim for Indemnification and Affirmative Relief, including Counts I, II, and III thereof.

_____
David B. Goldstein, Bar No. 03499

_____
Brooke Schumm, III, Bar No. 05001
DANEKER MCINTIRE SCHUMM PRINCE
Goldstein Manning & Widmann, P.C.
210 N. Charles Street, Ste. 800
Baltimore, Maryland 21201
410-649-4747

Attorneys for Plaintiff Baron Financial Corp.

_____
Paul Mark Sandler, Bar No. 00145

_____
Eric R. Harlan, Bar No. 23492
SHAPIRO, SHER, GUINOT & SANDLER
36 South Charles Street
Suite 2000
Baltimore, Maryland 21201
410-385-0202

Attorneys for Defendant ERN, LLC

SO ORDERED, on Thursday, 10 July, 2003.

                /s/
           Marvin J. Garbis
      United States District Judge