IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BARON FINANCIAL CORPORATION, *

    Plaintiff                                     *

v.                                               *      Civil Action No.:  MJG 03CV 168

ERN, LLC,                                *

    Defendant.     *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

Having read and considered Defendant ERN, LLC's Motion for Partial Summary Judgment, and any response thereto, it is this _____ day of _____, 2003, hereby,

**ORDERED**, that the Defendant's Motion be and is hereby GRANTED.  It is further,

**ORDERED**, that Defendant ERN, LLC is entitled to judgment as a matter of law with respect Plaintiff's claim for collection of residual payments received by ERN, LLC in July of 2002.  It is further,

**ORDERED**, that Defendant ERN, LLC is entitled to judgment as a matter of law with respect to any claim by Plaintiff to collected residual payments received by Defendant in August, 2002 that represent fees earned on transactions that occurred prior to July 12, 2002.

                                                      _____
                                                      Unites States District Judge