IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BARON FINANCIAL CORPORATION, *

    Plaintiff                                     *

v.                                                 *      Civil Action No.: MJG 03CV 168

ERN, LLC,                                *

    Defendant.                             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### REQUEST FOR HEARING

Defendant ERN, LLC, by undersigned counsel, respectfully requests a hearing on its Motion for Partial Summary Judgment in the above captioned action.

Respectfully submitted,

Paul Mark Sandler. Bar No. 00145
Eric R. Harlan, Bar No. 23492

SHAPIRO SHER GUINOT & SANDLER
Twentieth Floor
36 South Charles Street
Baltimore, Maryland 21201
(410) 385-0202

Attorneys for ERN, LLC