# Exhibit 7

|  | Residual payments | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | Amount | Application of $80,000 limit | Per diem at 6% simple interest | Payment Date | Payment Julian date | Julian date 15-Sep-03 | Total days interest | Total interest due on payment |
| EFS | $57,044.44 | $57,044.44 | $9.38 | 7/16/02 | 197 | 258 | 426 | $3,994.67 |
| CPS | $27,285.27 | $22,955.56 | $3.77 | 7/29/02 | 210 | 258 | 413 | $1,558.46 |
| EFS | $57,044.44 | $57,044.44 | $9.38 | 8/16/02 | 228 | 258 | 395 | $3,703.98 |
| CPS | $31,464.74 | $22,955.56 | $3.77 | 8/29/02 | 241 | 258 | 382 | $1,441.48 |
| Total Prin. | $172,838.89 | $160,000.00 | | | | | | $10,698.60 |
| Total Int. | | $10,698.60 | $26.30 | | | | | |
| Grand total as of 9/15/2003 | | $170,698.60 | | | | | | |