IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BARON FINANCIAL CORPORATION,     *

    Plaintiff     *

                                            Civil Action No.: MJG03-CV-168

v.     *

ERN, LLC     *

    Defendant.

    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER GRANTING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON
COMPLAINT FOR COLLECTION OF RESIDUAL PAYMENTS
PURSUANT TO PRIOR COURT OPINION
AND
DENYING DEFENDANT'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

    Upon the Motion of Plaintiff, Baron Financial Corporation, by its attorneys, David B. Goldstein, Brooke Schumm, III, and Daneker, McIntire, Schumm, Prince, Goldstein, Manning & Widmann, P.C., for Summary Judgment on Complaint for Collection of Residual Payments Pursuant to Prior Court Opinion and Plaintiff's Memorandum in support of Motion for Summary Judgment on Complaint for Collection of Residual Payments Pursuant to Prior Court Opinion and Response and Opposition to Defendant's Motion for Partial Summary Judgment, and upon Defendant's Motion for Partial Summary Judgment, proper notice having been given, the Court being fully advised in the premises, and finding that the matter is res judicata and there is no dispute as to the dates of payment, it is this ___ day of September, 2003 hereby ORDERED:

    Summary judgment is entered against Defendant, ERN, LLC, in the amount of $160,000.00, plus prejudgment interest of $10,698.60 accrued through September 15, 2003 with $26.30 per day

from September 15, 2003 until the date of entry of this judgment, with post-judgment interest to accrue thereafter.

    Defendant's Motion for Partial Summary Judgment is denied.

                                               _____
                                               U.S. DISTRICT JUDGE
                                               MARVIN J. GARBIS

cc:
David B. Goldstein, Fed. Bar. No. 03441
Brooke Schumm, III, Fed. Bar. No. 05001
DANEKER, McINTIRE, SCHUMM, PRINCE,
 GOLDSTEIN, MANNING & WIDMANN, P.C.
One North Charles Street, Suite 2450
Baltimore, MD 21201
Attorney for Plaintiff

Paul Marc Sandler, Esq.
Eric R. Harland, Esq.
Shapiro, Sher, Guinot & Sandler
36 S. Charles St., Suite 2200
Baltimore, MD 21201
Attorney for Defendant