# DANEKER McINTIRE SCHUMM PRINCE GOLDSTEIN MANNING & WIDMANN, P.C.

Attorneys At Law
The Blaustein Building, 24th Floor
One North Charles Street, Suite 2450
Baltimore, Maryland 21201
Telephone (410) 649-4747
Facsimile (410) 649-4758

*Brooke Schumm III*
*Direct Dial (410) 649-4761*
*David B. Goldstein*
*Direct Dial (410) 649-4755*

March 9, 2004

Eric R. Harlan, Esquire
Shapiro, Sher, Guinot & Sandler
26 S. Charles Street
Baltimore, Maryland 21202

      RE:    Baron Financial Corporation v. ERN, LLC

Dear Eric:

      Attached please find the proposed form of order and a spreadsheet setting out the calculation. The information is based on Mr. Taylor's affidavit, and capped as we discussed for each month.

      Could you call and let us know if we can sign your name as to the calculation and form of order so it can be submitted

Very truly yours,

*Brooke Schumm III* (signature)

Brooke Schumm III

BSIII
cc:    Sam Buchbinder

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BARON FINANCIAL CORPORATION, *

    Plaintiff                                   *

                                              Civil Action No.: MJG03-CV-168

    v.                                        *

ERN, LLC                            *

    Defendant.                      *

\* \* \* \* \* \* \* \* \* \* \* \* \*

**FINAL ORDER GRANTING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
WITH CALCULATION OF INTEREST AND AMOUNT DUE**

Upon the Court's ruling of February 27, 2004, granting the Motion of Plaintiff, Baron Financial Corporation for Summary Judgment on Complaint for Collection of Residual Payments Pursuant to Prior Court Opinion, and denying the Defendant's Motion for Partial Summary Judgment, the Court being fully advised in the premises, it is this ___ day of March, 2004 hereby ORDERED:

Final judgment is entered against Defendant, ERN, LLC, in the amount of $160,000.00, plus prejudgment interest of $15,353.94 accrued through March 10, 2004, with interest of $26.30 per day from March 10, 2004 until the date of entry of this judgment, with post-judgment interest to accrue thereafter.

                                                         _____
                                                         U.S. DISTRICT JUDGE
                                                         MARVIN J. GARBIS

AGREED AS TO FORM AND CALCULATION

_____

David B. Goldstein, Fed. Bar. No. 03441
Brooke Schumm, III, Fed. Bar. No. 05001
DANEKER, McINTIRE, SCHUMM, PRINCE,
 GOLDSTEIN, MANNING & WIDMANN, P.C.
One North Charles Street, Suite 2450
Baltimore, MD 21201
Attorney for Plaintiff


_____

Paul Marc Sandler, Esq.
Eric R. Harland, Esq.
Shapiro, Sher, Guinot & Sandler
36 S. Charles St., Suite 2200
Baltimore, MD 21201
Attorney for Defendant

cc:
David B. Goldstein, Fed. Bar. No. 03441
Brooke Schumm, III, Fed. Bar. No. 05001
DANEKER, McINTIRE, SCHUMM, PRINCE,
 GOLDSTEIN, MANNING & WIDMANN, P.C.
One North Charles Street, Suite 2450
Baltimore, MD 21201
Attorney for Plaintiff

Paul Marc Sandler, Esq.
Eric R. Harland, Esq.
Shapiro, Sher, Guinot & Sandler
36 S. Charles St., Suite 2200
Baltimore, MD 21201
Attorney for Defendant

Calculation of interest-assuming submit on Wednesday, March 10

| Payment dates | Julian day | Amount paid | Interest per day 6% divided by no. of days times amount | # of days from payment to Mar.10 | Total interest for payment |
|---|---|---|---|---|---|
| 16-Jul-02 | #197 | $57,044.44 | $ 9.37717 | 603 | $ 5,654.43 |
| 29-Jul-02 | #210 | $22,955.56 | $ 3.77352 | 590 | $ 2,226.37 |
| Month total | | $80,000.00 | | | |
| 16-Aug-02 | #228 | $57,044.44 | $ 9.37717 | 572 | $ 5,363.74 |
| 29-Aug-02 | #241 | $22,955.56 | $ 3.77352 | 559 | $ 2,109.40 |
| Month total | | $80,000.00 | | | |
| Grand total interest | | | | | $ 15,353.94 |

Dates and amounts capped at $80,000 from p. 3 of Def. Memo re Motion for Partial Summ. Ju. and Marty Taylor's Affidavit