IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BARON FINANCIAL CORPORATION,** | * | |
| Plaintiff | * | |
| | | Civil Action No.: MJG 03CV 168 |
| v. | * | |
| **ERN, LLC** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**FINAL ORDER GRANTING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
WITH CALCULATION OF INTEREST AND AMOUNT DUE**

Upon the Court's ruling of February 27, 2004, granting the Motion of Plaintiff, Baron Financial Corporation for summary judgment on Complaint for Collection of Residual Payments Pursuant to Prior Court Opinion, and denying the Defendant's Motion for Partial Summary Judgment, the Court being fully advised in the premises, it is this ___ day of March, 2004 hereby ORDERED:

Final Judgment is entered against Defendant, ERN, LLC in the amount of $175,538.05, representing the principal sum due of $160,000, plus 6% prejudgment interest thereon to March 17, 2004, in the amount of $15,538.05, plus additional 6% prejudgment interest thereafter from March 17, 2004, until entry of this judgment at the per diem rate of $26.30 per day, plus costs.

_____
United States District Judge Marvin J. Garbis