Calculation of interest-assuming submit on Wednesday, March 17

| Payment dates | Julian day | Amount paid | Interest per day 6% divided by no. of days times amount | # of days from payment to Mar.10 | Total interest for payment |
|---|---|---|---|---|---|
| 16-Jul-02 | #197 | $57,044.44 | $ 9.37717 | 610 | $ 5,720.07 |
| 29-Jul-02 | #210 | $22,955.56 | $ 3.77352 | 597 | $ 2,252.79 |
| Month total | | $80,000.00 | | | |
| 16-Aug-02 | #228 | $57,044.44 | $ 9.37717 | 579 | $ 5,429.38 |
| 29-Aug-02 | #241 | $22,955.56 | $ 3.77352 | 566 | $ 2,135.81 |
| Month total | | $80,000.00 | | | |
| Grand total interest | | | | | $ 15,538.05 |

Dates and amounts capped at $80,000 from p. 3 of Def. Memo re Motion for Partial Summ. Ju. and Marty Taylor's Affidavit