IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BARON FINANCIAL CORPORATION,  *

    Plaintiff  *

                            Civil Action No.: MJG 03CV 168

v.  *

ERN, LLC

    Defendant.  *

\* \* \* \* \* \* \* \* \* \* \* \*

### FINAL ORDER GRANTING
### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
### WITH CALCULATION OF INTEREST AND AMOUNT DUE

Upon the Court's ruling of February 27, 2004, granting the Motion of Plaintiff, Baron Financial Corporation for summary judgment on Complaint for Collection of Residual Payments Pursuant to Prior Court Opinion, and denying the Defendant's Motion for Partial Summary Judgment, the Court being fully advised in the premises, it is this 8 day of March, 2004 hereby ORDERED:

Final Judgment is entered against Defendant, ERN, LLC in the amount of $175,538.05, representing the principal sum due of $160,000, plus 6% prejudgment interest thereon to March 17, 2004, in the amount of $15,538.05, plus additional 6% prejudgment interest thereafter from March 17, 2004, until entry of this judgment at the per diem rate of $26.30 per day, plus costs.

                                                /s/
                              United States District Judge Marvin J. Garbis

Calculation of interest-assuming submit on Wednesday, March 17

| Payment dates | Julian day | Amount paid | Interest per day 6% divided by no. of days times amount | # of days from payment to Mar.10 | Total interest for payment |
|---|---|---|---|---|---|
| 16-Jul-02 | #197 | $57,044.44 | $ 9.37717 | 610 | $ 5,720.07 |
| 29-Jul-02 | #210 | $22,955.56 | $ 3.77352 | 597 | $ 2,252.79 |
| Month total | | $80,000.00 | | | |
| 16-Aug-02 | #228 | $57,044.44 | $ 9.37717 | 579 | $ 5,429.38 |
| 29-Aug-02 | #241 | $22,955.56 | $ 3.77352 | 566 | $ 2,135.81 |
| Month total | | $80,000.00 | | | |
| Grand total interest | | | | | $ 15,538.05 |

Dates and amounts capped at $80,000 from p. 3 of Def. Memo re Motion for Partial Summ. Ju. and Marty Taylor's Affidavit